# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

In re  Gonzalo Linares and Blanca Linares,    Case No.  08-11860

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| BAC Home Loan Servicing, LP | Wilshire Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BAC Home Loan Servicing, LP
Bankruptcy Department
2380 Performance Drive
Mail Stop TX2-984-05-03
Richardson, TX 75082
Email: jennifer.r.schnaufer@bankofamerica.com
Phone: 1-800-669-6607
Last Four Digits of Acct #: 0071

Court Claim # (if known): 11
Amount of Claim: 239439.88
Date Claim Filed: 07/29/2008

Phone: 503-223-5600
Last Four Digits of Acct. #: 8263

Name and Address where transferee payments should be sent (if different from above):
BAC Home Loan Servicing, LP
Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-982-0303
Plano, TX 75024
Phone: 800-669-6607
Last Four Digits of Acct #: 0071

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Bobby Novin            Date: 7/9/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.